| IncidentDate | IncidentName | Type | IncidentClassification | IncidentDescription | Location | CellID | Details of Incident | IncidentSummaryNarative |
|---|---|---|---|---|---|---|---|---|
| 5/30/15 7:30 PM | DIV8-2015-7486 | Inmate Fight | General | 10-10 on 3 North | CERMAK | NULL | In summary, at above time and date, while R/D Bredwell (16882) was assigned to tier 3 North in Cermak, R/D observed an verbal argument between detainee [redacted] (victim) and detainee [redacted] (offender) over a TV channel in the dayroom. R/D observed Detainee [redacted] walk to another detainee’s wheelchair and attempted to remove the arm of the wheelchair. R/D, DEP Frake (17177) and DEP Codd (17466) proceeded to separate the detainees involved. As R/D approached, R/D observed Detainee [redacted] strike Detainee [redacted](victim) with a closed hand strike in the lower lip. R/D stepped between said detainees to separate them from further contact. Dep Codd notified SGT Barajas (3196) to 10-25 (report in person) to 3 north. SGT Barajas, SGT Magee and numerous Cermak Deputies responded. The three detainees were separated and handcuffed. End of report. | IN SUMMARY ON 30MAY15 AT 1930HRS R/S BARAJAS #3196 WAS NOTIFIED OF A DISTURBANCE ON 3 NORTH BY DEPUTY CODD #17466 VIA RADIO TRANSMISSION AT WHICH TIME R/S, SGT.MAGEE AND SEVERAL CERMAK OFFICERS RESPONDED ON SCENE. UPON ARRIVAL R/S OBSERVED DETAINEE'S [redacted] (OFFENDER), [redacted] (VICTIM #1) AND [redacted] (VICTIM #2) SECURED IN HANDCUFFS IN THE DAYROOM AT WHICH TIME OFC.BREDWELL #16882 RELATED TO R/S THAT OFFENDER WAS INVOLVED IN A VERBAL ALTERCATION WITH SAID VICTIMS OVER A TELEVISION CHANNEL WHICH RESULTED IN SAID OFFENDER STRIKING SAID VICTIMS WITH A CLOSED FISTS MAKING CONTACT ABOUT THE FACE. SAID DETAINEES WERE ORDERED TO SEPERATE AND WERE SECURED IN HANDCUFFS BY DEPUTIES BREDWELL, FRAKE #17177 AND CODD #17466 WITHOUT FORCE. NO INJURIES TO STAFF AND NO VISIBLE INJURIES TO SAID DETAINEES. SAID DETAINEES WERE INTERVIEWED BY SGT.MAGEE #3059 ON SD CARD #666 AT WHICH TIME SAID DETAINEES RELATED TO SGT.MAGEE INCIDENT AS DESCRIBED IN NARRATIVE. SAID VICTIMS REFUSED TO FILE CRIMINAL COMPLAINTS, REFUSED PROTECTIVE CUSTODY AND WERE MEDICALLY CLEARED ON SITE BY R/N FRAZIER AND MHS HALLINAN. SAID OFFENDER WAS TRANSFERRED TO 3 WEST LIVING UNIT DUE TO HIS MEDICAL STATUS, SAID VICTIMS WILL REMAIN ON 3 NORTH. DISCIPLINARY, INTERAGENCY HEALTH INQUIRY AND P.C REFUSAL REPORTS GENERATED. LT.LYLES #611 NOTIFIED IN PERSON @ 2000HRS, NOTIFICATIONS TAKEN BY DEPUTY CLAUDIO #15246 TRACKING # 15-05-0990, SUPT.JONES AND ADO NOTIFIED VIA E-MAIL, ALL OTHER CORRESPONDING AGENCIES NOTIFIED VIA CCOMS. SD CARD #666 TO BE SUBSEQUENTLY SENT TO VIDEOROOM FOR DOWNLOAD. BE ADVISED THERE ARE NO CAMERAS ON 3 NORTH DUE TO LIVING UNIT ASSIGNED AS A MEDICAL UNIT. END OF REPORT. |
| 7/8/15 1:00 AM | DIV08-2015-9548 | Inmate Fight | Serious | 10-10 inmate on inmate fight | DIVISION 08 RTU | NULL | On the above date and time R/O Razniak was assigned to tier 3H which houses medium/maximum detainees. Tier 3H also containes a variety of medical devices such as canes,walkers, and wheelchairs. R/O witnessed detainee [redacted] throw what appeared to be a shower chair at detainee [redacted]. R/O proceeded to step out into the hallway for his own safety and call a 10-10 on the radio while constantly monitoring the situation through the window. Several officers and Sergeants arrived at the scene and entered the tier. Detainee [redacted] began to resist from being handcuffed and was taken to the ground for emergancy handcuffing. | IN SUMMARY R/LT WAS NOTIFIED OF AN INMATE FIGHT INVOLVING WEAPONS ON TIER 3H. R/LT REVIEWED DIVISIONAL VIDEO CAMERA’S 3-025-3 POD-8 SE AND 3-022-3 POD-8 SW TIME STAMPED 0107-0112. INMATE [redacted] AND INMATE [redacted] CAN BE SEEN PLAYING WHAT APPEARS TO BE CARDS. [redacted] THEN GRABS A CANE AND STRIKES [redacted] IN THE LEFT SHOULDER. [redacted] PICKS UP HIS MEDICAL CHAIR AND THROWS IT AT [redacted] [redacted] THEN RUNS AROUND DAYROOM WHILE [redacted] GIVES CHASE WITH A WHEELCHAIR ARM REST. [redacted] THEN PICKS UP A CRUTCH BOTH THEN BEGIN TO SWING WEAPONS AT EACH OTHER. [redacted] RUNS TO FRONT OF DAYROOM NEAR OFFICER AREA. DIVISIONAL STAFF ARRIVES AND ORDERS INMATES TO DROP WEAPONS BOTH COMPLY. OFC. MONEGAN AND MCKINNEY ATTEMPT TO HANDCUFF [redacted] [redacted] PULLS HIS RIGHT ARM AWAY FROM OFC. MCKINNEY. OFC. ADAMS ATTEMPTS TO HELP OFC. MCKINNEY CONTROL RIGHT ARM OF [redacted] OFC. BARNES GRABS [redacted] AROUND THE HEAD OFC. MCKINNEY MOVES TO RIGHT LEG OF [redacted] ALL OFFICERS BEGIN TO TAKE [redacted] TO THE GROUND. OFC. LICEA HELPS CONTROL LEFT ARM/LEG OF [redacted] INMATE IS TAKEN TO THE GROUND, CONTROLLED AND HANDCUFFED. [redacted] IS THEN ESCORTED OFF TIER FOR MEDICAL AND PSYCH EVAL BY OFC. MONEGAN. [redacted] IS THEN CUFFED AND ESCORTED BY OFC. CROSS FOR MEDICAL AND PSYCH. BOTH INMATES WERE SEEN IN THE DIVISIONAL DISPENSARY BY NURSE DIKEN [redacted] REFUSED TREATMENT BUT HAD VISIBLE INJURIES TO HIS UPPER LIP AND A NOSE BLEED. INTERAGENCY FORM COMPLETED AND ATTACHED. [redacted] WAS SEEN FOR A SCRATCH TO LEFT ARM AND LEG. [redacted] REFUSED FURTHER TREATMENT. INTERAGENCY FORM COMPLETED AND ATTACHED. BOTH INMATES WERE SEEN BY MHS SENTERS AND CLEARED FOR PSYCH. INTERAGENCY FORMS COMPLETED AND ATTACHED. BOTH INMATES WERE INTERVIEWED ON TASER CAMERA 3593 BY SGT. SILOS BOTH INMATES REFUSED PROTECTIVE CUSTODY AND BOTH INMATES REFUSED TO PRESS CHARGES. ALL REFUSAL FORMS COMPLETED AND ATTACHED. USE OF FORCE FORMS COMPLETED (5) WITNESS STATEMENTS COMPLETED (1). BOTH INMATES ISSUED DISCIPLINARY. BOTH INMATES PLACED INTO DISCIPLINARY SEG. PENDING DISCIPLINARY HEARING. NOTIFICATIONS TO EX OPS OFC. COLLINS 14380 AT 0311HRS. CIID, USE OF FORCE, OPR, SUPT, CMDR WILL BE EMAILED COPY OF REPORT AND ALL ATTACHMENTS. LT. PHILLIPS WAS ISSUED CR #573734 BY OPERATOR DUFFY #195. BROKEN CANE BROKEN CRUTCH AND WHEEL CHAIR ARM SECURED AND PLACED IN SHIFT COMMANDERS OFFICE TO BE TURNED OVER TO SUPT. DUE TO NO EVIDENCE BAG. |

| IncidentDate | IncidentName | Type | IncidentClassification | IncidentDescription | Location | CellID | Details of Incident | IncidentSummaryNarative |
|---|---|---|---|---|---|---|---|---|
| 7/8/15 1:30 AM | DIV08-2015-9548 | Inmate Fight | Serious | 10-10 inmate on inmate fight | DIVISION 08 RTU | NULL | On the above date and time R/O Razniak was assigned to tier 3H which houses medium/maximum detainees. Tier 3H also containes a variety of medical devices such as canes,walkers, and wheelchairs. R/O witnessed detainee [redacted] throw what appeared to be a shower chair at detainee [redacted]. R/O proceeded to step out into the hallway for his own safety and call a 10-10 on the radio while constantly monitoring the situation through the window. Several officers and Sergeants arrived at the scene and entered the tier. Detainee [redacted] began to resist from being handcuffed and was taken to the ground for emergancy handcuffing. | IN SUMMARY R/LT WAS NOTIFIED OF AN INMATE FIGHT INVOLVING WEAPONS ON TIER 3H. R/LT REVIEWED DIVISIONAL VIDEO CAMERA'S 3-025-3 POD-8 SE AND 3-022-3 POD-8 SW TIME STAMPED 0107-0112. INMATE [redacted] AND INMATE [redacted] CAN BE SEEN PLAYING WHAT APPEARS TO BE CARDS. [redacted] THEN GRABS A CANE AND STRIKES [redacted] IN THE LEFT SHOULDER. [redacted] PICKS UP HIS MEDICAL CHAIR AND THROWS IT AT [redacted] THEN RUNS AROUND DAYROOM WHILE [redacted] GIVES CHASE WITH A WHEELCHAIR ARM REST. [redacted] THEN PICKS UP A CRUTCH BOTH THEN BEGIN TO SWING WEAPONS AT EACH OTHER. [redacted] RUNS TO FRONT OF DAYROOM NEAR OFFICER AREA. DIVISIONAL STAFF ARRIVES AND ORDERS INMATES TO DROP WEAPONS BOTH COMPLY. OFC. MONEGAN AND MCKINNEY ATTEMPT TO HANDCUFF [redacted] [redacted] PULLS HIS RIGHT ARM AWAY FROM OFC. MCKINNEY. OFC. ADAMS ATTEMPTS TO HELP OFC. MCKINNEY CONTROL RIGHT ARM OF [redacted] OFC. BARNES GRABS [redacted] AROUND THE HEAD OFC. MCKINNEY MOVES TO RIGHT LEG OF [redacted] ALL OFFICERS BEGIN TO TAKE [redacted] TO THE GROUND. OFC. LICEA HELPS CONTROL LEFT ARM/LEG OF [redacted] INMATE IS TAKEN TO THE GROUND, CONTROLLED AND HANDCUFFED. [redacted] IS THEN ESCORTED OFF TIER FOR MEDICAL AND PSYCH EVAL BY OFC. MONEGAN. [redacted] IS THEN CUFFED AND ESCORTED BY OFC. CROSS FOR MEDICAL AND PSYCH. BOTH INMATES WERE SEEN IN THE DIVISIONAL DISPENSARY BY NURSE DIKEN [redacted] REFUSED TREATMENT BUT HAD VISIBLE INJURIES TO HIS UPPER LIP AND A NOSE BLEED. INTERAGENCY FORM COMPLETED AND ATTACHED. [redacted] WAS SEEN FOR A SCRATCH TO LEFT ARM AND LEG. [redacted] REFUSED FURTHER TREATMENT. INTERAGENCY FORM COMPLETED AND ATTACHED. BOTH INMATES WERE SEEN BY MHS SENTERS AND CLEARED FOR PSYCH. INTERAGENCY FORMS COMPLETED AND ATTACHED. BOTH INMATES WERE INTERVIEWED ON TASER CAMERA 3593 BY SGT. SILOS BOTH INMATES REFUSED PROTECTIVE CUSTODY AND BOTH INMATES REFUSED TO PRESS CHARGES. ALL REFUSAL FORMS COMPLETED AND ATTACHED. USE OF FORCE FORMS COMPLETED (5) WITNESS STATEMENTS COMPLETED (1). BOTH INMATES ISSUED DISCIPLINARY. BOTH INMATES PLACED INTO DISCIPLINARY SEG. PENDING DISCIPLINARY HEARING. NOTIFICATIONS TO EX OPS OFC. COLLINS 14380 AT 0311HRS. CIID, USE OF FORCE, OPR, SUPT, CMDR WILL BE EMAILED COPY OF REPORT AND ALL ATTACHMENTS. LT. PHILLIPS WAS ISSUED CR #573734 BY OPERATOR DUFFY #195. BROKEN CANE BROKEN CRUTCH AND WHEEL CHAIR ARM SECURED AND PLACED IN SHIFT COMMANDERS OFFICE TO BE TURNED OVER TO SUPT. DUE TO NO EVIDENCE BAG. |
| 8/5/15 6:00 PM | DIV08-2015-10972 | Disciplinary | Serious | INMATE BATTERY | DIVISION 08 RTU | NULL | IN SUMMARY, ON 05AUG15, AT APPROXIMATELY 1800HRS, R/D B.GONZALEZ #17293 ASSIGNED TO 3E, WAS LETTING OUT HOURS FOR PC'S (MEDIUM-MAXIMUM CLASSIFICATION). R/D OPENED CELL NUMBER 7 WHICH HOUSES INMATE [redacted] TO LET SAID INMATE OUT FOR HIS HOURS OUT. INMATE [redacted] EXITED HIS CELL AND ENTERED THE DAYROOM WHEN INMATE [redacted] REACHED FOR AND DETACHED THE RIGHT ARM REST OF THE WHEELCHAIR BELONGING TO INMATE [redacted] AND BEGAN TO CHASE INMATE [redacted] AROUND THE DAYROOM, REACHING OVER THE WALL DIVIDING THE DAYROOM FROM THE SHOWER AREA, ATEMPTING TO STRIKE INMATE [redacted] R/D GAVE SEVERAL DIRECT ORDERS TO INMATE [redacted] TO CEASE TO WHICH INMATE DID NOT COMPLY. R/D CALLED FOR SGT. PECK TO 10-25 3E (REPORT IN PERSON). MULTIPLE RTU OFFICERS ALONG WITH SERGEANTS ARRIVED TO 3E. INMATE [redacted] WAS ESCORTED AND TAKEN TO 3 WEST HOLDING AND INMATE [redacted] WAS ESCORTED TO 3RD FLOOR SIDE HOLDING AWAITING A MEDICAL AND PSYCH EVALUTAION. INMATE [redacted] WAS TAKEN FOR A MEDICAL EVALUATION. | REPORTING LT YOUNG REVIEWED LIVING UNIT CAM # 3-041-3-POD 5 NE FOOTAGE CAPYURES INMATE [redacted] DETACH WHEELCHAIR ARM FROM INMATE [redacted] WHEELCHAIR AND BEGAN CHASING INMATE [redacted] AROUND DAYROOM ATTEMPTING TO STRIKE INMATE [redacted].[redacted] IGNORED OFFICER GONZALEZ'S ORDERS TO STOP.[redacted] CONTINUED TO ELUDED [redacted] ATTACK.[redacted] STOPPED PLACED WHEELCHAIR ARM ON DAYROOM TABLE AND UNRESISTED HANDCUFFING APPLIED WHEN ADDITIONAL STAFF ARRIVED.NO INJURIES TO STAFF OR INMATES.[redacted] GIVEN INFRACTIONS 219-DISOBEYING OR RESISTING ORDERS;307-BATTERY.NURSE YI EVALUATED [redacted] AND CLEARED HIM OF INJURIES.MENTAL HEALTH SPECIALIST JOEY PAUL EVALUATED [redacted] AND CLEARED HIM FOR TRANSFER TO 2A-CELL # 10 DISCIPLINARY SEGREGATION.[redacted] WILL REMAIN ON LIVING UNIT 3E PROTECTIVE CUSTODY STATUS.[redacted] CLAIMS [redacted] THREATS TO HARM HIM AS REASON FOR ATTACK.BOTH INMATES INTERVIEWED ON TASER CAM # 4514.[redacted] WANTS TO FILE COMPLAINT.EX-OPS OFFICER CLAUDIO*15246 TOOK NOTIFICATION @ 1947 HRS.ADO BROWN VERBALLY NOTIFIED 1830 HRS.CMDR DOMINGUEZ EMAILED.CIID EMAILED INCIDENT REPORT. |
| 5/24/16 10:10 AM | DIV8-2016-8444 | Inmate Fight | Serious | INMATE FIGHT | CERMAK | NULL | ON 24 MAY 2016 AT APPROX 1010HRS R/O SPENCER #16021 HEARD A DISTURBANCE IN THE DAYRROM ON 3 SOUTH. R/O GOT UP TO SEE DETAINEE [redacted] AND DETAINEE [redacted] ARGUING WITH EACH OTHER. R/O SAW DETAINEE [redacted] TAKE OFF THE ARM REST ON HIS WHEEL CHAIR AND SWING IT AT DETAINEE [redacted] SEVERAL TIMES. DETAINEE [redacted] IGNORED ALL R/O REQUEST TO STOP FIGHTING.DETAINEE [redacted] MOVED AWAY FROM THE SISTUATION AND SEPERATED HIMSELF FROM DETAINEE [redacted] WHEN R/O ATTEMPED TO LOCK DETAINEE [redacted] IN THE CELL DETAINEE [redacted] THREW HIS ARM REST AT DETAINEE [redacted] AND R/O. AFTER SEVERAL CERMAK STAFFAND SGT BARAJAS ARRIVED ON 3 SOUTH DETAINEES WHERE LOCKED IN THEIR CELLS AND SEEN BY MEDICAL STAFF. NO FORCE WAS USED. | R/Lt Schickel #676 was notified of the above incident on Tier 3S via a radio call for Sgt. Barajas to 10-25 (report in person) to 3S. Upon arrival, R/Lt observed detainees [redacted] and [redacted] being separated from each other without any use of force. Officer Spencer #16021had an arm rest from a wheelchair in his hand. Further information showed that Detainees [redacted] and [redacted] had gotten into an argument. Both detainees were fighting when detainee [redacted] removed the arm rest from his wheelchair and starting swinging it at detainee [redacted] Officer Spencer had escorted detainee [redacted] away from Detainee [redacted] and to the door to his cell when Detainee [redacted] threw the arm rest at Detainee [redacted] striking him in the right hand and just missing Officer Spencer in the process. Detainee [redacted] sustained a cut to his right hand from the arm rest. Additional staff arrived at this time and both Detainees were separated and both wheel chair armrests were confiscated from Detainee [redacted] Detainee [redacted] was seen and cleared by Nurse Myart on-scene He had a knot on the right side of his face, but he refused any medical treatment. Detainee [redacted] was seen and cleared by Nurse Isom on scene. He had a cut on the side of his right had that was treated. Both Detainees were interviewed by Sgt. Barajas on SD Card #757. Detainee [redacted] refused to give a statement. Detainee [redacted] stated that they were having a verbal argument when Detainee [redacted] started swinging the arm rest at him and he was defending himself when he fought back. Both Detainees refused to press charges and refused Protective Custody and signed refusal forms. Both Detainees were written up on Disciplinary Charges. Both Detainees will remain on Tier 3S due to Medical/Psych conditions. Since the arm rest can't be put in an evidence bag due to size, a recording of the blood on the arm rest and the arm rest itself was made on SD Card #757. SD Card # 757 will be sent to the Video Review Unit for download. Notification to Ex-Ops (Officer Lawrence #14551) at 1242 hours with a reference # of 1210. Commander Dominguez was on duty and notified in person. CIID, Classification and Disciplinary Unit will be notified via this report. |

| IncidentDate | IncidentName | Type | IncidentClassification | IncidentDescription | Location | CellID | Details of Incident | IncidentSummaryNarative |
|---|---|---|---|---|---|---|---|---|
| 6/4/16 12:30 PM | DIV08-2016-9108 | Disciplinary | General | DISCIPLINARY | DIVISION 08 RTU | NULL | IN SUMMARY AT 1240 ON 04 JUNE 2016 R/D ANDERSON # 14089 WAS ASSIGNED TO 4A (SMART HOUSING UNIT) DIV 08 RTU AND OBSERVED INMATE [redacted] SPIT AT INMATE [redacted]. INMATES [redacted] AND [redacted] WERE OUT FOR THEIR 2 HOURS TIME OUT AND GOT INTO A VERBAL ALTERCATION WHICH ESCALATED TO THREATS OF VIOLENCE WHEREIN INMATE [redacted] REMOVED THE FOOTREST FROM HIS WHEELCHAIR IN A THREATENING MANNER BECAUSE INMATE [redacted] WAS AGITATED AND AGGRESSIVE REMOVING HIS SHIRT AND ADVANCVING TOWARD INMATE [redacted] R/O NOTIFIED SGT DAILY.#3041. R/O AND OFC YI AND FLORES # 15852 HANDCUFFED INMATE [redacted] FOR INMATE AND STAFF SAFETY. AS INMATE [redacted] WAS BEING ESCORTED OUT OF THE TIER BY OFC. YI 17320 AND OFC FLORES 15852 INMATE [redacted] SPIT ON INMATE [redacted] INMATE [redacted] WAS PLACED IN 4 WEST HOLDING, INMATE [redacted] WAS TAKEN TO THE DISPENSARY AND SEEN BY NURSE FLOWERS. INMATE [redacted] WAS TO BE REFERRED TO CERMAK SO OFFICER ALDORANDO #15877 RETURNED INMATE [redacted] TO THE TIER TO LOCK UP. INMATE [redacted] REFUSED TO LOCKUP AND THEN CLIMBED THE SHOWER WALL WHILE IN HANDCUFFS AND THREATENED SELF HARM. R/O NOTIFIED SGT DAILY AND LT MCHUGH # 706, BOTH RESPONDED WITH VIDEO CAMERA AND PSYCH WORKER CHURCHILL. INMATE [redacted] WAS TALKED DOWN WITHOUT INCIDENT BUT STATED THAT HE HAD SWALLOWED 2 STAPLES AND A SCREW. INMATE [redacted] WAS PLACED IN HIS CELL #8 PENDING MEDICAL ATTENTION. INMATE [redacted] SUBSEQUENTLY BECAME MORE AGITATED AND BEGAN BANGING THE CELL DOOR AND GLASS AND BROKE THE CELL GLASS WINDOW. INMATE [redacted] ALSO BEGAN FLOODING THE CELL. SGT DAILY, LT MCHUGH AND PSYCH WORKER CHURCHILL RETURNED TO THE TIR AND CALMED INMATE [redacted] AND REMOVED HIM FROM THE CELL FOR MEDICAL EVALUATION. INMATE [redacted] HAD GLASS IN HIS MOUTH THREATENING TO SWALLOW IT BUT SPIT IT IN THE TRASH AS HE EXITED THE TIER. INMATE WAS TAKEN TO THE DISPENSARY BY SGT DAILY # 3041 AND SEEN BY NURSE FLOWERS AND REFERRED TO CERMAK. | R/Lt. McHugh #706 was informed about this incident by Sgt Daily #3041. As reported and observed on fixed camera # 4.052 at approximately 1226 hours (camera time 1243 hours) inmates [redacted] and [redacted] were out for their 2 hours. They engaged in a verbal altercation. Inmate [redacted] began threatening inmate [redacted] advancing toward him and removing his shirt. Inmate [redacted] stood up from his wheelchair and removed the footrest from his wheelchair threatening inmate [redacted] Officer Anderson #14089 kept the 2 inmates separate and was assisted by Officer Yi # 17320 and Flores # 15852. Inmate [redacted] was handcuffed and escorted to 4west, during the escort inmate [redacted] spit on inmate [redacted] striking him in the upper body. Inmate [redacted] was escorted to the dispensary by officer Aldorando # 15877 at 1245 hours and seen by LPN Flowers. Inmate [redacted] was referred to Cermak because he stated the spit hit him in the face and mouth. Inmate [redacted] was returned to the tier by Officer Aldorando for lockup but upon entering the tier refused to lockup. Inmate [redacted] climbed the shower wall threatening self harm. Sgt Daily was on the tier and notified R/Lt about the refusal and the escalation of potential self harm. R/Lt reported to 4A with the handheld camera and notified psych worker Churchill who reported to the tier with R/Lt. Inmate [redacted] was calmed and the situation resolved without incident. Inmate [redacted] came down from the wall and then stated that he had swallowed a screw and 2 staples. Inmate [redacted] was secured in his cell pending a medical evaluation. Inmate [redacted] became agitated banging the cell door and window subsequently breaking the glass with the handcuffs.. Inmate [redacted] also began flooding the cell. R/Lt. and Sgt Daily reported back to the tier with the video camera and Psych worker Churchill. Inmate [redacted] again deescalated and was removed from the cell and escorted to the Dispensary by Sgt Daily and Lt McHugh at 1410 hours. Inmate [redacted] was seen by LPN Flowers and referred to Cermak. Inmate [redacted] was escorted to Cermak at 1440 hours by Officer Leahy # 16158. Inmate [redacted] was blue-boxed and shackled for transport. Inmate [redacted] was escorted to Cermak at 1250 hours by Officer Arvizu # 16669 and returned to RTU tier 4A Cell # 6 at 1425 hours transported by Officer Arvizu. Both inmates have inter-agency forms for medical. Inmate [redacted] wants to press charges but declined P.C., Inmate [redacted] was video taped on SD card # 731, Inmate [redacted] was videotaped for his behavior on SD card # 758. Both inmates were issued discipline. Notifications to Superintendent Brown and Commander Thomas via report. Ex-Ops Officer Marterrie # 15155 notified at 1558 hours (tracking # 0185). Facilities Management notified at Extension 3110 (Call taker Brandy) at 1558 hours for glass replacement on cell 8. Cell 8 to be closed due to loose glass and potential for self harm. Inmate [redacted] remains in Cermak at time of report. |
| 8/28/16 5:30 PM | DIV8-2016-13840 | Deescalation/Fight | General | Detainee Fight/Response to Resistance | CERMAK | NULL | On 28August2016, at approximately 17:30 hours; R/O DeRoche, Star #16475 heard a loud verbal altercation taking place in the dayroom of 3 North. As R/O approached the group of approximately 14 inmates, I witnessed inmate [redacted] brandishing and swinging the metal arm of the wheelchair he sits in, at the tier worker, [redacted]. Surrounding inmates were attempting to verbally diffuse the potential danger to themselves by addressing inmate [redacted] to cease swinging the weapon. R/O was able to get in between the combatants and secure the weapon from inmate [redacted] with verbal de-escalation tactics. Both inmates were asked to return to their rooms, to which inmate [redacted] agreed. Inmate [redacted] on his way to his room, swiped all objects off the officers' desk including the clipboard, ID binder, and other paperwork. He flung the garbage can and threw one swivel chair over. At this point, R/O again interceded with the assistance of Officer Velasques, star # 17068 to maintain a separation between inmate [redacted] and potentially harmful objects strewn about the officers area. At this point, inmate [redacted] was clinging to the leg of the Officers' desk yelling profanities at R/O and Officer Velasques, stating "Fuck that, you gonna have to make me let go of this shit!" "I ain't locking up, this is freedom of speech! and I aint done nothing!" Officer DeRoche was attempting to separate inmate [redacted] left-hand grip on the desk leg while Officer Velasques was attempting to remove inmate [redacted] right-hand grip on the swivel chair. R/O was able to remove inmate's left hand from the desk leg, while partner Vesasques successfully removed inmate's right arm which was wrapped around the swivel; chair. When he finally released, R/O and partner released as well and instructed inmate [redacted] to remain near his door as Sergeant Fitzgerald was summoned to the tier. Sergeant Fitzgerald arrived and video statements were taken from both inmates. Both inmates were subsequently medically cleared by Nurse Marzo. | R/Lt Haupt #681 was informed of above incident by Sgt Fitzgerald. R/Lt is the shift cmdr of div 10 and CMK. Tier 3 North does not have overhead cameras. Above detainees were interviewed by Sgt Fitzgerald on S.D. card # 28. Detainee [redacted] stated that he was having an argument with [redacted] and that [redacted] allegedly punched him in the face. Staff did not see detainee [redacted] get punched. Detainee [redacted] stated that he was cleaning the dayroom tables after dinner and when he got to the table that [redacted] was sitting at he accidently knocked over some of [redacted] things and they began arguing and that when the officer told them to stop arguing and go to their rooms, he complied and went to his room.. Both detainees were seen and cleared by Nurse Marzo. No visible injuries to either detainee. Both detainees refuse to press charges against each other. Currently both detainees will remain housed on 3 North due to their medical conditions but in separate rooms. Both detainees will be issued a disciplinary ticket. Use of force packet completed. CCSPD dispatcher Wright issued CR # 596196. This report forwarded to all related departments below. Staff did not receive any injuries during this incident. Ex-Ops Ofc Claudio notified at 1932 hrs. |
| 10/16/16 9:50 PM | DIV08-2016-16831 | Inmate Fight | Serious | Multiple 10-10s/All available | DIVISION 08 RTU | NULL | On 16 Oct 16 at approximately 2150 pm R/o Dec #17410 was assigned to 3G in RTU 08. R/o was in direct supervision of the tier when R/o looked into the dayroom and saw detainees [redacted] and [redacted] throw closed hand punches at each other. R/o called a 10-10 over the radio. R/o gave multiple orders to stop fighting which were ignored. R/o then saw detainee [redacted] start throwing closed hand punches to detainee [redacted] facial area. Multiple officers arrived on the tier with sgts and Lt. While R/o was in the dayroom, R/o notice detainee [redacted] running to the back of the tier. R/o gave chase after detainee and with a firm grip placed said detainee on the wall. Officer Sablica #17347 assisted R/o and handcuffed said detainee. R/o escorted said detainee to tier 3A shower area to being decontaminated. Later after reviewing the camera a second fight started by the shower area near the dayroom. The detainees that were involved in the second fight were: [redacted]. While still reviewing the cameras a third fight happened in the back of the tier that involved detainees: [redacted]. End of report | R/Lt D Rodriguez was notified of the incident via radio call for the All Available on 3G. R/Lt along all Supervisors and several available responded and assisted with gaining control of the situation on hand. While reviewing the divisional cameras #3-028, 3-032 and 3-029 the following was observed at 9:58hrs: Inmates [redacted] and [redacted] begin to fight in the dayroom area of the tier as Officer Dec #17410 calls the 10-10 on 3G. As the inmates continue to fight one another, inmate [redacted] gets involved by attacking inmate [redacted]. The fight appears to stop as both inmates are separated by other inmates in the area but shortly continues in the shower area as [redacted] and [redacted] begin to fight again at which time inmate [redacted] attacks inmate [redacted] with closed fist punches to the face and head with several knee strikes to the face and head area as well at which time inmate [redacted] then attacks inmate [redacted] and then inmate [redacted] is seen trying engage in the fight but is pulled away by several other inmates in the area. As several Officers arrive on scene given out verbal orders to stop and go back to their bunks several inmates are seen obeying including inmates [redacted] and [redacted]. While reviewing camera #3-029 the following is observed: An all available is called when inmate [redacted] grabs a part off a wheel chair and jumps over several bunks and strikes inmate [redacted] on the head with it and both inmates begin to fight again and inmate [redacted] comes running from the dayroom area past several officers and strikes inmate [redacted] in the face with a closed fist but is quickly subdued by Officers on scene as inmate [redacted] is seen trying to get involved again but is also quickly subdued by the Officers on scene. All four inmates involved were sprayed with a single burst of OC spray by Sgt McCray #3226 and Officers A. Perez #17261 and Bautista #17167 during the incident in order to re-gain control of the tier as several others inmates continued to disobey orders to go back to their bunks. Once the inmates involved were handcuffed and secured they were taken off the tier for decontamination and placed in separate holding area pending medical attention. The rest of the tier was taken to the 3 West patio area for decontamination and the tier was searched by Officers for any and all contraband as well as for clean up by the sanitation Officer and his workers. All inmates were escorted off the tier by responding officers on scene and taken to medical where they were seen and treated for medical by nurses on duty. Inmates [redacted] and [redacted] seen by Nurse Wilson and Inmates [redacted] [redacted] and [redacted] were seen by Nurse Erasga. Inmate [redacted] sustained minor cuts/head injuries and Inmate [redacted] had minor facial/head injuries both were medically cleared by Nurse Wilson. All inmates involved refused to press charges against one another and all except inmate [redacted] signed for protective custody and was kept separate from any other inmates pending a transfer to another tier. All staff involved were checked for any and all injuries only Ofc Brody #17282 appeared to sustained an injury to his left hand and was immediately attended to by Paramedic Black. Ofc Brody stated he was fine but was asked to filled a Duty Injury pack as a precaution. All inmates injuries were captured on video using SD Card #775. The part of the wheelchair used in the attack was not confiscated because it belonged to another inmates wheelchair who is in need of it. So no contraband was recovered. ADO Julian was notified of the incident via telephone and was kepted informed throughout the shift. Inmates statements were taken by Sgt Cruz #3248 using SD Card #775 Communication Center was notified of incident and Operator Roman #174 issued out CR # 614950 at 0207hrs. Ex Ops notification line Ofc Wilson #15075 notified at 0551hrs and tracking #0805 was issued. Supt J. Brown and Cmdr J. Crawford will be notified via email and report. CIID will notified via email. Use of Force will be notified via email. Per ADO Julian Inmates [redacted] and [redacted] will be allowed to be housed on 2A pending disciplinary hearing. Inmate [redacted] was placed back on 3G pending disciplinary hearing and inmate [redacted] is on PC status and awaiting transfer pending disciplinary hearing as well. |

| IncidentDate | IncidentName | Type | IncidentClassification | IncidentDescription | Location | CellID | Details of Incident | IncidentSummaryNarative |
|---|---|---|---|---|---|---|---|---|
| 11/17/16 7:00 PM | DIV08-2016-18733 | Inmate Fight | General | DETAINEES FIGHTING | DIVISION 08 RTU | NULL | IN SUMMARY ON 17 NOVEMBER 2016 AT 1920 HRS OFC. CORONA #15374 AND OFC. RICE #16129 WHILE IN DIRECT SUPERVISION OF TIER 3F HEARD A SOUND COMING FROM THE SHOWER AREA ,AT THIS TIME OFC. CORONA PROCEEDED TO THE SHOWER AREA AND OBSERVED DETAINEE [redacted] RUNNING OUT OF THE SHOWER AREA WITH PART OF A WHEELCHAIR ATTEMPTING TO HIT DETAINEE [redacted] AT THIS TIME OFC CORONA STOPED DETAINEE [redacted] AND GRABBED THE WHEELCHAIR ARM , THEN ESCORTED DETAINEE [redacted] OFF THE DECK, AND ALSO ESCORTED DETAINEE [redacted] OFF THE TIER AS WELL. SGT BEACHEM # 3028 WAS NOTIFIED AND ARRIVED ON TIER. BOTH DETAINEES WHERE SENT FOR MEDICAL ATTENTION, AND DICIPLINARY REPORTS WHERE WRITTEN FOR BOTH DETAINEES. | R/CMDR CRAWFORD #330 NOTIFIED AND REVEIWED FOOTAGE ON TIER CAM 3-034 AT 1915. DETAINEES [redacted] AND [redacted] OBSERVED ENTERING THE BATHROOM AREA. AT 1917, BOTH OBSERVED DEPARTING THE BATHROOM AREA WITH DETAINEE [redacted] RUNNING AND SWINGING THE LEG OF [redacted] WHEELCHAIR TOWARDS HIM. OFC. CORONA ATTEMPTED TO STOP [redacted] FROM SWINGING THE LEG AND HIS MOMENTUM PULLED BOTH OF THEM DOWN TO THE FLOOR. OFC RICE RESPONDED AND ASSISTED IN REMOVING [redacted] FROM THE TIER. [redacted] SECURED AND ALSO REMOVED. BOTH RECEIVED MEDICAL (ESCORTED BY OFC. REVELO TO RTU DISPENSARY). CLEARED BY ERASCU. [redacted] REFUSED MEDICAL WITH NO INJURIES. [redacted] SUSTAINED A BITE MARK ON LEFT FOREARM AND SWOLLEN LEFT EYE. REFERRED TO CERMAK (ESCORTED BY OFC PHILLIPO). BOTH REFUSED TO PRESS CHARGES AND REFUSED PROTECTIVE CUSTODY. BOTH TRANSFERRED TO SEPARATE HOUSING UNITS. THE INCIDENT WAS OVER WORDS EXCHANGED. EX.OPS NOTIFIED: OFC THOMPSON #14606 @ 2032, ADO SUPT. BROGAN, ADA, & SUPT BROWN (REPORT). SD CARD #911 WAS USED FOR THE STATEMENT. |
| 1/7/17 10:15 PM | DIV08-2017-467 | Inmate Fight | General | 10-10 Inmate Fight | DIVISION 08 RTU | NULL | On 07Jan17 at approx. 2215hrs while in direct supervision of tier 3C in div. 08/RTU, R/D Wrzesniewski #17273 observed inmate [redacted] and [redacted] engaged in a verbal argument. R/D gave verbal orders to both inmates to separate which inmates ignored and walked toward the back of the bunk area. R/D walked to the back of the tier to separate said inmates who began pushing each other physically. Inmates then began exchanging closed fist punches when R/D was giving verbal orders to separate from each other and R/D proceeded to call a 10-10 (fight in progress) via radio. RTU officers arrived on scene and assisted in separating both inmates who were on the ground from the fight. R/D handcuffed inmate [redacted] and R/D Sablich #17347 handcuffed inmate [redacted]. Said inmates where escorted to separate bullpens for medical attention. No use of force was used. End of report. | R\Lt. Jackson #709 was notified via radio by R/D Wrzesniewski #17273 of a 10-10(inmate fight in progress) on tier 3C involving inmate [redacted] and inmate [redacted]. Upon reviewing Stationary Divisional cameras 3-066 and 3-064, both inmates were observed in a verbal argument in the back of the Dayroom area. Inmate [redacted] and inmate [redacted] were then observed in the back of the Dayroom area exchanging closed fist punches to each other`s head and body areas. Inmate [redacted] was seen with a metal object from a (possible wheelchair) using it as a weapon to strike inmate [redacted] in the head and body area. Ofc Wrzesniewski called a 10-10 at which time, Ofc. Sablich #17347 was observed arriving on the scene and assisting, by separating detainee [redacted] Once Ofc. Sablich separated inmate [redacted] once [redacted] got up from the ground fighting, he was then observed deescalating and escorting inmate [redacted] to the front area of the Dayroom, then handcuffing [redacted] After inmate [redacted] was handcuffed, Ofc. Sablich was observed escorting him off tier 3C. No Use of Force was used. Ofc. Wrzesniewski was observed handcuffing inmate [redacted] then escorted him to the 3rd floor side holding cell. After both inmates were handcuffed and secured, Ofc. Lescaie #17337 escorted both inmates to the 3rd floor dispensary for a medical evaluation and both were cleared by Charge nurse Erasga. Both inmates were written Disciplinary reports and charged with a 207 (fighting). Inmate [redacted] will remain on tier 3C, and inmate [redacted] will be housed on tier 3F, both pending a disciplinary hearing. Both inmates were interviewed by Sgt. Beachem #3028 on SD Card #922. The incident can be reviewed on Divisional camera 3-066 and 3-064. Supt. brown, CIID and Commander McGee will be notified via report and email. External operations notification line (x7496) Ofc. Wilson #15075 notified at 0000hours. |
| 9/13/17 12:00 AM | DIV8-2017-14987 | Inmate Fight | General | Inmate Fight inside of cell on tier 3W | CERMAK | NULL | At Approx.1113 pm R/O Martinez started a walk on tier when R/O heard yelling in room 3217 as R/O looked into room and saw detainee's [redacted] and [redacted] stricking detainee [redacted]. R/O ordered detainee's to stop and they did not stop. R/O gave a second order at which time they stopped. R/O separated detainees and radioed Sgt. RYAN to 10-25 3W. Detainee [redacted] sent downstairs for medical attention, other detainees evaluated and cleared by medical staff on 3W. R/O was told by detainee [redacted] that inmate [redacted] was also involved in fight but R/O did not witness involvement. | In summary R/LT Rodriguez #707 of Division 10 was informed by Sgt. Ryan #3279 of Cermak of the above mentioned fighting incident involving multiple detainees who were involved in a physical altercation on tier 3W/Cell #3217 (No video cameras installed on this living unit). Officer Martinez states he heard yelling coming from the cell, walked over, and observed Subjects [redacted] and [redacted] hitting Subject [redacted] with close handed strikes. Subjects separated after multiple verbal orders were given and without force from sworn personnel. Per Sgt. Ryan, Inmate [redacted] was already out of the cell when he arrived on the living unit, and was transported down to Cermak ER by Officer Gibbs #15946 for medical attention. During his video interview, Subject [redacted] states that he was attacked by three individuals (Subjects [redacted] and [redacted] along with Subject [redacted] who also is assigned to cell #3217). Subject [redacted] also states that he was struck with crutches and a wheel chair leg by his attackers, but refused medical attention from Doctor Paul in Cermak ER. Subjects [redacted], and [redacted] all state in their video interviews that Subject [redacted] was the aggressor and attempted to attack Subject [redacted] with the wheelchair leg. Subjects [redacted], and [redacted] were all seen and cleared for medical by (Nurse Haywood) and all involved subjects were cleared for psych by (MHS Myers) on the living unit. A broken crutch and wheelchair leg were removed from the cell and videotaped on SD Card #1080. The Wheel chair leg was placed back on the wheel chair and placed outside of the cell. The broken crutch was properly disposed of and Nurse Haywood was notified that the broken needed to be replaced. Subject [redacted] wishes to press charges against all three individuals, Subject [redacted] does not want to press charges and signed the refusal of battery charge form, and Subjects [redacted] and [redacted] wish to press charges against Subject [redacted] None of the subjects requested protective custody. Disciplinary reports filed, Post incident video interview conducted by Sgt. Ryan on SD Card #1080. Inmate [redacted] has been transferred to tier 3N pending disciplinary hearing board decision. Subjects [redacted] [redacted] and [redacted] are remaining on tier 3W pending a hearing board decision. Due to R/L being the only Lieutenant on duty in Division 10, R/L was not able to go down to Cermak for further investigation. SD card will be turned over to the Video Monitoring Unit for review. Notifications to EXOPS Ofc. Wilson #15075 @ 0239 hours, Supt. Hayes-Jones via this report, BIU AND CIID via email. |

| IncidentDate | IncidentName | Type | IncidentClassification | IncidentDescription | Location | CellID | Details of Incident | IncidentSummaryNarative |
|---|---|---|---|---|---|---|---|---|
| 5/20/18 11:14 AM | DIV08-2018-6581 | Inmate Fight | Serious | Inmate fight on tier 3C RTU/08 | DIVISION 08 RTU | NULL | On 20MAY18 @1114hrs on tier 3C in RTU/08 while in direct supervision of unit. R/o Aldarondo #15877 moved from the front of the tier to stop a verbal altercation between inmates [redacted] and [redacted]. Inmate [redacted] approached inmate [redacted] who had the arm of his wheelchair in his right hand and swung it as a weapon striking inmate [redacted] on or about the left hand area. R/o and inmate [redacted] stepped between the two inmates as additional staff arrived. Removing inmates to holding areas. All three above inmate will be sent for medical evaluations. End of Report. | R/Lt. McArdle #719 responded to tier 3C for a radio transmission of supervisor needed on 3C. Upon arrival detainee [redacted] was in the 3 side bullpen talking to Sgt. Spears. Sgt. Silos was on tier 3C with additional staff. R/Lt. was informed by Ofc. Aldarondo that there was an altercation in the back of the dayroom between detainee [redacted] and detainee [redacted]. R/Lt. reviewed stationary camera 3-065 at camera time 1114hrs. Detainee [redacted] can be seen in his wheelchair going towards the back of the dayroom as detainee [redacted] is sitting on his bed putting on his shoes. As detainee [redacted] gets to the back of the dayroom detainee [redacted] stands up from the wheelchair and picks up one of the arms from the wheelchair and holds is in his right hand as detainee [redacted] approaches. At this time detainee [redacted] attempts to stop detainee [redacted] who pushes detainee [redacted] out of the way. Detainee [redacted] and detainee [redacted] engage in verbal altercation as detainee [redacted] attempts to keep the apart. Ofc. Aldarondo approaches and steps in between both detainees. As Ofc. Aldarondo steps in between, detainee [redacted] appears to poke detainee [redacted] in the head. Detainee [redacted] then swings the wheelchair arm at detainee [redacted] striking him in the hand. Ofc. Aldarondo keeps the detainees from each other until additional staff arrive. Detainee [redacted] was escorted from the tier by Sgt. Spears. Detainee [redacted] will be sent to SMU pending hearing board review. Detainee [redacted] will remain on tier 3C pending hearing board. Detainee [redacted] did not receive any disciplinary and will remain on tier 3C. Detainee [redacted] had al scratch on his left arm. All detainees were seen by Nurse Imanlihen in dispensary and cleared. Detainee [redacted] signed a refusal. Detainees gave recorded statements to Sgt. Spears on SD 18-37. Both detainees claim the fight was over a lunch tray. Detainee [redacted] believes that detainee [redacted] was tampering with his lunch tray. Detainee [redacted] denies that he was tampering with any lunch trays. AO line Inv. Mack-Greenwood #6167 notified at 1247hrs and issued AO# 9164. Supt. Yoksoulian notified via e-mail and this report. All other notifications made via this report. |
| 7/15/18 8:05 PM | DIV8-2018-9050 | Inmate Fight | General | Inmate Fight | CERMAK | NULL | At approximately 2005hrs Ofc. Hassam #17248 and Ofc. Richardson #14238 assigned to Cermak 3West, observed inmates [redacted] in a wheelchair and [redacted] having a discussion in the 3West dayroom suddenly without warning begin to fight. Inmate [redacted] hit Inmate [redacted] with his arm rest from his wheelchair, causing a small laceration to his left upper lip. R/O radioed 10-10 (inmate fight) on 3West. My partner and I separated Inmate [redacted] and Inmate [redacted] Several officers and SGT. Williamson responded to 3West. Both detainees were treated by the unit nurse. End of report | At approximately 2011 hrs on 7-15-18 I, R/Lt. J. Williams #717 was informed by Sgt. Williamson #3267 that a fight had occurred in 3 West of Cermak. Be advised I am assessing this incident while currently assigned to Division 10 and Cermak as the Watch Commander. Additionally there are no cameras in 3 West of Cermak. According to staff Detainee [redacted] struck Detainee [redacted] with a piece of his wheel chair. Detainee [redacted] was seen immediately by Nurse Greenwood for a laceration to his upper left lip. Nurse Greenwood referred [redacted] to Cermak ER where Dr. Williamson is the attending physician. Upon his return Detainee [redacted] will remain in 3 West in Cell 3217 with no charges as he was a victim and did not retaliate. Detainee [redacted] was seen and cleared medically by Nurse Greenwood. [redacted] was transferred to 3 South Cell 3131 where he will remain pending medical clearance and the hearing board for his infraction report. After review of the SD Card #117 the incident purportedly started over a conversation related to gang affiliations. AO Line Inv. Guerino #6159 was informed at 2127 hrs with AO Line #11233. Bureau of Strategic Operations and Information and Supt. Martinez informed via email and CCOMS report. |
| 7/23/18 8:55 AM | DIV8-2018-9386 | Inmate Fight | General | inmate fight | CERMAK | NULL | At approximately 0840 R/O KOSKI received information from C/O W KELLY that inmate [redacted] was scheduled for Cermak basement clinic. Officers W. KELLY and H. SIMPSON were present with 17 inmates from their assignment 3 West who were temporarily being housed in the 3 South dayroom while plumbing repairs are being made (per Supt Martinez). Because of the additional inmates in the dayroom, R/O did not let [redacted] out of his cell until a movement officer arrived to pick up the clinics. As KOSKI opened [redacted] cell 3123, [redacted] pushed passed KOSKI and began to attack inmate [redacted], striking [redacted] with a closed fist about the head once before KOSKI could separate them. [redacted] did not strike [redacted] back but instead covered his face with his arms. As KOSKI was giving verbal commands for [redacted] to stop and step back, C/Os SIMPSON and KELLY came around the corner to assist in separating the inmates. KOSKI restrained inmate [redacted], KELLY restrained [redacted] and SIMPSON restrained inmate [redacted] who had taken out the removable metal arm rest with which he was visibly preparing to strike [redacted] SIMPSON immobilized [redacted] arm and removed the metal arm rest from him. KOSKI placed [redacted] back into his cell. Sgt BAKER was notified, who reported to tier and assisted with ensuring that medical attention was given to all participants. Nothing further to report. | In summary on 23JUL18 Sgt. Baker #3159 notified R/Lt Barajas #718 of an inmate fight on living unit 3 South. R/Lt was informed that detainee [redacted] was let out of his cell #3123 to be escorted to his X-Ray appointment and approached detainee [redacted] and proceeded to strike him on the head with a closed fist. Deputy Koski #16327 separated both detainees until Cermak assisting staff arrived. Sgt. Baker secured detainee [redacted] back into his cell and escorted detainee [redacted] to cermak urgent care for medical assessment. Sergeant Baker also related to R/Lt that during the incident detainee [redacted] took out the armrest contraption of his wheelchair and attempted to strike detainee [redacted] with it, but was stopped by responding Deputies. Detainees [redacted] and [redacted] are housed on living unit 3 West, but currently on living unit 3 South due to maintenance work being conducted on living unit 3 West. Detainee [redacted] is assigned to living unit 3 South. Detainee [redacted] was medically assessed and cleared by Dr. Kahn to return to living unit. Detainee [redacted] was medically assessed on scene and cleared on with no injuries by R/N Reynolds. Detainee [redacted] will temporarily remain in Cermak staging until all the detainees are returned back to living unit 3 West. Living unit 3 South is a medical/Isolation unit, therefore there are no affixed cameras available to review incident. Sgt. Baker and R/Lt conducted interviews of detainees on handheld camera utilizing SD card #18-49. Detainee [redacted] was being uncooperative and refused to make a statement. Detainee [redacted] related to R/Lt that he haS no knowledge why [redacted] struck him and does not want to file a criminal complaint for battery on detainee [redacted] SD card #18-49 to be sent to video room for download. Inter-Agency Health Inquiry and Disciplinary reports generated. CIID, Disciplinary, Cermak and Classification units notified via CCOMS. Superintendent Martinez notified via telephone. Notifications taken by Inv. Zambrano #6216 at 1030hrs A/O#11514. Nothing further to report at this time. |
| 8/23/18 3:30 AM | DIV08-2018-10927 | Disciplinary | General | Attempted Battery | DIVISION 08 RTU | NULL | On August 23 2018 in division8/RTU at approximately 0315 on tier 3H. R/O Edwards #15704 observed detainees [redacted] and [redacted] arguing in the bathroom area R/O saw [redacted] attempted to swing an closed fist at detainee [redacted]. [redacted] raised his arms to avoided get hit. R/O called 10-10 (fight in progress} Officers and SGT. Black responded to tier 3H detainees was separated. Detainee [redacted] was handcuffed and escorted to the side holding. | cident Summary NarrativeR/Lt Guzik #725 was notified of altercation via radio. Incident was captured on stationary camera 3-026 between 0304hrs and 0306hrs. Inmate [redacted] can be seen approaching Inmate [redacted] in bathroom of wing 3H. Inmate [redacted] can be seen swinging part of wheelchair to defend self or create distance. It does not appear any contact was made by either inmate. Inmates were then separated and escorted from wing without resistance or further incident. Inmates [redacted] and [redacted] were seen and cleared medically by nurse Nwanko. Neither inmate had any visible physical injuries at this time. Inmates were interviewed on SD #18-35 by Sgt Caputo. Inmate [redacted] will remain on wing 3H. Inmate [redacted] was seen and cleared for SMU by MHS Mccray. Inmate [redacted] will be transferred to wing 4A pending disciplinary hearing board decision. AO# 12837 was obtained from Inv. Lefebvre # 6213 at 2328hrs. Supt Yoksoulian notified via email. CIID, BIU, and CIID all notified via email. |

| IncidentDate | IncidentName | Type | IncidentClassification | IncidentDescription | Location | CellID | Details of Incident | IncidentSummaryNarative |
|---|---|---|---|---|---|---|---|---|
| 12/26/18 4:00 PM | DIV8-2018-16191 | Inmate Fight | Serious | One on One fight 3-West | CERMAK | NULL | In summary on 26 DEC 18 at approximately 1550 hrs. R/O Hayes #16305 was assigned to 3-West in Cermak when R/O heard yelling coming from the dayroom near the telephones. R/O responded to the area and observed detainee [redacted], who was in a wheelchair, swinging the arm support from the wheelchair at detainee [redacted]. R/O gave verbal orders to stop in which [redacted] did not comply and continued to swing the arm support. As [redacted] swung the arm support at [redacted] [redacted] grabbed and pulled it away. [redacted] fell to the floor. [redacted] swung the arm support at [redacted] missing him. R/O gave verbal orders to stop in which [redacted] complied, giving R/O the arm support. [redacted] escorted to his cell. Lt. Guzman #622 arrived on scene. [redacted] was helped into his wheelchair by inmates on the tier. Both detainees received medical attention on tier. [redacted] transferred to 3-South. Disciplinary generated. | In Summary: On the 26th Dec. 2018 at approximately 1550 hrs. Officer Hayes #16305 was assigned to 3-West in Cermak when he heard yelling from the telephone area in the dayroom. Officer Hayes #16305 responded to the area and observed [redacted] in a wheelchair, swinging the arm support from his wheelchair at [redacted]. Officer Hayes #16305 gave verbal orders to stop in which [redacted] did not comply. R/Lt. Guzman #622 was conducting a round at the time and as R/Lt. entered the tier, R/Lt. observed [redacted] attempt to hit [redacted] with the arm support. R/Lt. Guzman #622 gave orders to stop. As [redacted] swung the arm rest, [redacted] grabbed it and pulled it away, which caused [redacted] to fall out of the wheel chair. [redacted] swung the arm support at [redacted] missing him. Officer Hayes #16305 stepped between the two inmates giving orders to stop in which [redacted] complied, and handed Officer Hayes #16305 the arm rest. No force necessary. Officer Hayes #16305 escorted [redacted] to his cell. [redacted] was helped into his wheelchair by inmates in the dayroom. The inmates in the dayroom were locked in their assigned cells while both [redacted] and [redacted] received medical attention. Both inmates received medical evaluations conducted by Nurse Thomas. [redacted] had no visible injuries. [redacted] had opened an pre-existing cut on the palm of his right hand. Both inmates interviewed by R/Lt Guzman #622 on S.D. card #909. During the video taped interview [redacted] stated that an unknown inmate was talking crazy and they got into a confrontation. During the video taped interview [redacted] stated that he was tussling with another inmate and he fell out of the wheelchair. Disciplinary generated. [redacted] transferred to 3-South pending Hearing Board determination. [redacted] remained on 3-West pending Hearing Board determination. 3-West inmates allowed out for dayroom time. Supt. Martinez notified. AO Line Inv. Akhtar #6165 notified at 1734 hrs. (AO #17292). Report forwarded to CIID, Classification, the Disciplinary Unit and ADO Supt. Beachem. |
| 5/13/19 6:15 PM | DIV8-2019-6405 | Security | General | Inmate Fight on tier 3 North. | CERMAK | DIV8-3N-Dayroom | On Monday May 13, 2019 R/O Holston #14670 and Ofc. Faulkner #14393 were assigned to Cermak 3-11 shift on tier 3 North. At approximately 1815 hours, R/O and Ofc. Faulkner were collecting dinner trays when we heard a commotion in the dayroom. We observed inmate [redacted] and [redacted] separating from each other in what appeared to have been an altercation. Both inmates complied with orders to remain separated. Sgt. Crawford #3136 was notified and arrived on the tier. Inmate [redacted] complained of pain in his left forearm and left ear while inmate [redacted] complained of an abrasion tohis left bicep. Both inmates received medical attention from Nurse Emmanuel on the tier and were both cleared. Both inmates will receive a disciplinary infraction for fighting. Inmate [redacted] will be transferred to tier 3 South. | At approximately 1830 hrs on 5-13-19 I, R/Lt. J. Williams #717 was informed by Sgt. Crawford #3136 that two detainees had possibly been in a physical altercation (10-10vInmate Fight) on the 3 North Medical unit in Cermak. Due to no cameras being present on the 3rd floor for medical concerns I was not able to review this incident. After investigation I was able to determine that while Deputies Faulkner #14393 and Holston #14670 were conducting feeding procedures on 3 North they observed a commotion from the dayroom. When they arrived in the area both inmates were already separated. Upon further inquiry, the Officers were able to determine that Detainee [redacted] and [redacted] had exchanged words that briefly escalated to an alleged altercation. Detainee [redacted] had stated that he has an abrasion on his left bicep because [redacted] took a piece of his wheelchair and hit him with it. Detainee [redacted] stated that he could not remove a piece of his wheelchair and that [redacted] hit him in his left forearm with his crutch, slapped his face and ear, and hit him with the crutch on top of his head. Both inmates were interviewed on SD Card #1111. Detainee [redacted] was medically evaluated and cleared by Nurse Emmanuel. Nurse Emmanuel medically evaluated and referred [redacted] to the Urgent Care due to his complaint from his alleged left forearm injury. Detainee [redacted] once cleared will be transferred to 3 South pending hearing board for infraction report and continued medical treatment for his M4 status. Detainee [redacted] will remain on 3 North pending hearing board for infraction report and continued medical treatment for his M4 status. AO Line Inv. Jefferson #6168 was informed at 1935 hrs with AO Line #23047 SIU, ADO and Supt. Martinez notified via email and CCOMS. |
| 6/9/19 12:25 AM | DIV08-2019-7781 | Security | Serious | Inmate on Inmate Aggravated Battery/911 Activation | DIVISION 08 RTU | DIV08-3F-Dayroom | On 09JUN19 R/O Perry #16626 was assigned to RTU/3F for the 2300-0700 shift. At approximately 0025hrs, R/O heard a loud noise coming from the back of my assigned tier. At that time R/O noticed inmate BARKSDALE, Jacorey #20170411096 coming from the origin of the noise at the back of the tier towards R/O's desk. While walking to R/O's desk, R/O noticed detainee Barksdale drop an object on the floor at the opposite side of the tier from the commotion. Other inmates on the tier immediately started yelling that someone needed medical attention. Inmate Barksdale then approached R/O and told him that he had hit another detainee. R/O then called a 10-10 (Fight in progress) via radio on 3F. R/O asked inmate Barksdale what he had hit the detainee with and he responded in verbatim "It was the arm from a wheelchair". Barksdale was secured in handcuffs and taken off of the tier by R/O. Sgt. Wicker #3285, Sgt Black #3056, and Lt. Deanes #645 arrived on scene with 3rd FL medical staff. 911 was then activated per Lt. Deanes and the victim was escorted off the tier via stretcher to the 3rd FL dispensary. The victim was later identified as CLARK, Josiah #20161229057. | R/Lt Deanes #645 along with Sgt Black, Sgt Wicker and multiple staff members responded to 3F after hearing a radio transmission of a 10-10 (radio) in progress. Here's a time line of the events as they happened: 0025 hrs 10-10 called via radio. Officers Mireles, Romo, Salameh, Leon and Clark arrived on the scene 0027 Ofc Perry secured detainee Barksdale, Jacorey #20170411096 in handcuffs and escorted him to the 3West bullpen. 0028 R/Lt called via radio for Ofc Kos (Security officer) to activate 911 due to the severity of the head injury sustained by the victim detainee Clark, Josiah #20161229057. 0028 Medical staff Nurse Wilson, LPN Goosby, LPN Lewis, LPN Henry responded to the dorm and began to provide medical attention. 0030 Detainees housed on the dorm were given the order to get dressed and they were moved to the 3rd fl patio. 0030 Per medical staff instructions Sgt Wicker called via radio to have any available medical staff within the building to respond to the scene. 0034 Via radio R/Lt ordered Ofc Kos to notify Ex-Ops of the 911 activation. 0034 Additional medical staff LPN'S Gutang (2nd fl), Wright (2nd fl), Okosi (5th fl), Linear 92nd fl) and Charles arrived to the dorm as detainee Clark is being transported to the dispensary. 0035 R/Lt assisted medical staff in lift detainee Clark while still on his mattress on to the stretcher to be transported to the dispensary. 0036 Medical staff exits the dorm with detainee Clark enroute to the dispensary. Staff exits the dorm. 0038 Arrived in the dispensary with detainee Clark. 0039 Cermak paramedics Shinryarn and Davis arrived in the dispensary. R/Lt notified staff that the dorm was now a crime scene. 0043 Ex Ops car #32-31 Officers Franks #15270 and Gonzalez #15977 and CFD Engine #32 Lt's Engeron and Vosbur arrive to the dispensary. 0048 R/Lt spoke with Chief Johnson and ADO Jones-Hayes via phone giving a brief assessment with the limited knowledge at the time of the events that transpired. 0049 CFD exits the dispensary with detainee Clark. Sgt Wicker conducted post incident interview with the aggressor Barksdale, Jacorey #20170411096 using SD Card#19-04. Detainee Barksdale only stated to look at the video camera to see what happened. The victim detainee Clark was unconscious so we were unable to interview him. The wheelchair owner detainee Carter, Kenneth's 320180703169 stated that he was unaware that his wheelchair arm was removed while he was asleep. After the incident occurred detainee Barksdale approached Ofc Perry and after questioning he stated that he hit detainee Clark in the head with a wheelchair arm. Detainee Barksdale told R/Lt that he hit detainee Clark in the head while he was laying in the bed sleeping because he was bigger than him and he knew that he couldn't beat him. Detainee Barksdale alleged detainee Clark was threatening him earlier this week that's why he attacked him. Using stationary camera 3-035-3 POD 6NW @00:12 hrs detainee Barksdale is observed removing the arm of the wheelchair belonging to detainee Carter, Kenneth #20180703169 (who was asleep). Using the same camera and stationary camera 3-036-3 POD-6NE @00:28 hrs detainee Barksdale is observed walking over to his bunk, grab the wheelchair arm, and walk over to detainee Clark who was lying in the bed and deliver 4 strikes to Clark's head and facial area. The results of the strikes left a gash underneath detainee Clark's left eye and a hole (approximately the size of a silver dollar) causing blood and brain matter to come from the injury. Sheriff Police Sgt Vega #91 and Inv Murphy #588 arrived and processed the crime scene @ approximately 0435 hrs. After the scene was cleared it was cleaned and the detainees were returned to the dorm. Notification was made with the communication center and operator Tracy gave CR# 48978 @0135 hrs. AO Inv Jameson #6215 gave AO #24268 @0120 hrs. R/Lt notified Supt Yoksoulian @0055 hrs. |